IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN CARDOZA and DOROTHY CARDOZA | § § § § |
| Plaintiffs, | § § |
| V. | § Civil Action No. B-02-208 § § |
| STATE FARM LLOYDS | § § |
| Defendant. | § § |

## CERTIFICATE OF INTERESTED PARTIES

Plaintiffs: Juan Cardoza and Dorothy Cardoza by and through their attorney:

Denis Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538
Telephone: (956) 544-0561
Telecopier: (956) 544-0562


Defendant: State Farm Lloyds, by and through its attorneys:

Rick H. Rosenblum
Thomas Sanders
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Tel: (210) 281-7000
Fax: (210) 224-2035

René Oliveira
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

064253.0128 SAN ANTONIO 292672 v1

Respectfully submitted,

AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Tel: (210) 281-7000
Fax: (210) 224-2035

*Rick Rosenblum by permission*
*René C. Oliveira*

RICK H. ROSENBLUM
Attorney-in-Charge
State Bar No. 17276100
Southern District Bar No. 13015
Thomas Sanders
State Bar No. 00794589
Southern District Bar No. 20800

-and-

René O. Oliveira
State Bar No. 15254700
Southern District Bar No. 4033
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownville, Texas 78520-8786
Telephone:   (956) 542-5666
Facsimile:   (956) 542-0016

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel of record by *certified mail, return receipt requested*, on November 12 2002:

Denis Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538

_____
Thomas Sanders