IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN CARDOZA and DOROTHY CARDOZA,<br>　　Plaintiffs,<br><br>vs.<br><br>STATE FARM LLOYDS,<br>　　Defendant. | § § § § § § § § § | Civil Action No. B-02-208 |

## DEFENDANT STATE FARM LLOYDS'
## JURY TRIAL DEMAND

Defendant State Farm Lloyds ("State Farm") asserts its rights under the Seventh Amendment to the United States Constitution, and demands, under Federal Rule of Civil Procedure 38, a jury trial on all issues that are appropriate for resolution by a jury.

Respectfully submitted,

AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

_____
RICK H. ROSENBLUM
Attorney-in-Charge
State Bar No. 17276100
Southern District Bar No. 13015
THOMAS SANDERS
State Bar No. 00794589
Southern District Bar No. 20800

—and—

RENE O. OLIVEIRA
State Bar No. 15254700
Southern District Bar. No. 4033
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was sent via *certified mail, return receipt requested* to the following:

Denis Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538

on this 4th day of December, 2002.

*[signature]*

2

064253.0128 SAN ANTONIO 296002 v1