United States District Court
Southern District of Texas
FILED

FEB 0 5 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-02-208 | DATE & TIME: 02-05-03 AT 2:00 P.M. |
| JUAN CARDOZA AND DOROTHY CARDOZA | PLAINTIFF(S) DENIS DOWNEY COUNSEL |
| VS. | |
| STATE FARM LLOYDS | DEFENDANT(S) RENE O. OLIVEIRA COUNSEL RICKY H. ROSENBLUM THOMAS E. SANDERS |

---

Attorneys Denis Downer, Rene Oliveira and Elizabeth Provencio appeared in chambers.

Dates for the final pretrial and settlement conference and trial were selected.