IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN CARDOZA AND DOROTHY CARDOZA | § § § | |
| VS. | § | CIVIL ACTION NO. B-02-208 |
| STATE FARM LLOYDS | § § § | |

**ORDER**

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) A final pretrial and settlement conference is set for **September 9, 2003 at 1:30 P.M.** before Magistrate Judge John Wm. Black.

(2) Trial on the merits is set for **October, 2003,** docket call before Judge Andrew S. Hanen.

DONE at Brownsville, Texas, on this 5th day of February, 2003.

John Wm. Black
United States Magistrate Judge