IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN CARDOZA and DOROTHY CARDOZA | § § § | |
| Plaintiffs, | § § § | |
| | § | Civil Action No. B-02-208 |
| V. | § § | |
| STATE FARM LLOYDS | § § | |
| Defendant. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, Juan Cardoza and Dorothy Cardoza, and Defendant, State Farm Lloyds, file this Agreed Motion to Dismiss with Prejudice under Federal Rule of Civil Procedure 41(a)(2). In support of this Motion, the parties respectfully show:

Plaintiffs ask the Court to dismiss, with prejudice, any and all claims, asserted or unasserted, relating to the subject matter of their lawsuit brought against Defendant because they have reached a settlement agreement with Defendant. Defendant agrees to the dismissal.

For the foregoing reasons, the parties ask the Court to dismiss Plaintiffs' claims against Defendant with prejudice.

(Signature on next page)

064253.0128 SAN ANTONIO 321688 v1                    1

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP
1500 Bank of America Plaza
300 Convent Street
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

By: *[signature: Rene O. Oliveira for]*
RICK H. ROSENBLUM
Attorney-in-Charge
State Bar No. 17276100
Southern District Bar No. 17991
THOMAS E. SANDERS
State Bar No. 00794589
Southern District Bar No. 20800
ELIZABETH M. PROVENCIO
State Bar No. 24025600
Southern District Bar No. 32758

-and-

René O. Oliveira
State Bar No. 15254700
Southern District Bar No. 4033
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

ATTORNEYS FOR DEFENDANT

-and-

*[signature]*
DENIS DOWNEY
State Bar No. 06085500
1185 F.M. 802, Suite 3
Brownsville, Texas 78526
Telephone: (956) 544-0561
Telecopier: (956) 544-0562

ATTORNEY FOR PLAINTIFFS