IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN CARDOZA and<br>DOROTHY CARDOZA | §<br>§<br>§ | |
| Plaintiffs | §<br>§ | |
| | § | Civil Action No. B-02-208 |
| V. | §<br>§ | |
| STATE FARM LLOYDS | §<br>§ | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED

AUG 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

On the 26th of August, 2003, the Court considered the parties' Agreed Motion To Dismiss With Prejudice. After considering the Agreed Motion, the Court is of the opinion that the Agreed Motion should be granted.

It is therefore ORDERED, ADJUDGED and DECREED that the Parties Agreed Motion To Dismiss With Prejudice is GRANTED and that all claims and causes of action against State Farm Lloyds arising out of this lawsuit are dismissed with prejudice.

SIGNED on August 26, 2003, in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE